**David C. HARTY, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 04–3345.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

Squire Padgett, Principal Attorney, Washington, DC, for Petitioner.

David R. Feniger, Principal Attorney, Robert E. Kirschman, Jr., David M. Cohen, of Counsel, Washington, DC, for Respondent.

**ORDER**

Order Vacated, 2004 WL 2030147.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.